4 F. Supp.2d 1264

NSK LTD., NSK CORP., KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING CORP., NTN CORP., NTN DRIVESHAFT, INC., NTN BOWER CORP., NIPPON PILLOW BLOCK SALES CO., AND FYH BEARING UNITS USA, PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO. AND AMERICAN HONDA MOTOR CO., INC., DEFENDANT-INTERVENORS

Consolidated Court No. 95–03–00239

(Dated June 16, 1998)

## JUDGMENT

TSOUCALAS, *Senior Judge:* The Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand, NSK Ltd. v. United States, Slip Op. 98–11, February 4, 1997, 95–03–00239* ("Remand Results"), and Commerce having complied with the Court's Remand, it is hereby

ORDERED that the Remand Results filed by Commerce on April 28, 1998, are affirmed in their entirety; and it is further

ORDERED that, as all other issues have been decided, this case is dismissed.

INTERNATIONAL BUSINESS MACHINES CORP., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 94–10–00625

(Dated June 17, 1998)

## JUDGMENT

RESTANI, *Judge:* WHEREAS the parties consent to entry of judgment with interest in this case for the purpose of permitting the Government an opportunity to appeal the award of interest, it is hereby:

1. ORDERED that all briefs on the issue of interest and the opinion relating to the same, Slip Op. 96–032, filed in *United States v. United States Shoe Co.*, Court No. 94–11–00668 be deemed filed herein.

2. ORDERED that a money judgment is awarded to plaintiff in the amount of $330,689.00, to be paid by the defendant to the plaintiff within 90 days of the date of this Judgment; and

3. ORDERED that interest pursuant to 28 U.S.C. § 2411 is owing on the aforesaid principal amount. The payment obligation as to interest is stayed until the time for appeal expires or the appeal is finally resolved.